UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDRA MACKEY,

    Plaintiff,

  v.

C & K MARKET, INC., et al.,

    Defendants.

Case No. 13-cv-03201-JST

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

In light of the automatic stay of this case against Defendant C & K Market, Inc., see ECF No. 27, the Court hereby SETS this matter for a case management conference on February 12, 2014, at 2:00 P.M., in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California. Those parties not subject to a stay must file a Joint Case Management Statement at least ten court days beforehand.

In addition to the contents required by the Standing Order for All Judges of the Northern District of California, Plaintiff shall notify this Court in the parties' case management statement whether she intends to propose staying the case against Defendant Norman Kelley until the completion of the bankruptcy, or whether she intends to dismiss Defendant C&K Market, Inc. without prejudice from this case.

**IT IS SO ORDERED.**

Dated: November 22, 2013

                              JON S. TIGAR
                        United States District Judge