1  CHRISTOPHER E. HAWK (CSBN: 199016)
   chawk@gordonrees.com
2  SANDY K. HANSON (CSBN: 194043)
   shanson@gordonrees.com
3  121 SW Morrison Street, Suite 1575
   Portland, OR  97204
4  Telephone:  (503) 222-1075
   Facsimile:  (503) 616-3600
5
   Attorneys for Defendants
6  C & K MARKET, INC. and NORMAN KELLEY

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12 | SANDRA MACKEY,                    ) CASE NO.  3:13-CV-03201-JST
                                       )
13 |             Plaintiff,            ) [~~PROPOSED~~] **ORDER ON**
                                       ) **DEFENDANT'S REQUEST TO STAY**
14 |    vs.                            ) **PROCEEDINGS AS TO NORMAN**
                                       ) **KELLEY**
15 | C & K MARKET, INC., NORMAN        )
     KELLEY, and Does 1-50             ) Complaint Filed:   July 11, 2013
16 |                                   ) **Trial Date:**         Not Set
                 Defendants.           )
17                                     )

18

19     **PURSUANT TO STIPULATION, IT IS SO ORDERED THAT**, this action and all

20 proceedings related to this action shall be stayed as to Norman Kelley, pending resolution of

21 C&K Market's Chapter 11 Bankruptcy reorganization proceedings and the lift of the stay in this

22 matter as to C&K Market.

23

24

25 Dated:  January 31, 2014                    _____
                                               HONORABLE JON S. TIGAR
26

27

28

1090521/18297182v.1

-1-
[~~PROPOSED~~] ORDER ON DEFENDANTS' REQUEST
TO STAY PROCEEDINGS AS TO NORMAN KELLEY                      3:13-CV-03201-JST